| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>McKENNA, LAWRENCE M. | 2. Court or Organization<br><br>Southern District of New York | 3. Date of Report<br><br>08/02/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>United States District Court<br>500 Pearl Street (1640)<br>New York, N.Y. 10007 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing ●fficer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADMINISTRATOR | ESTATE▨▨▨▨ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

McKenna, Lawrence M.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Self-employed (lawyer) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M. | 08/02/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M. | 08/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITIBANK (Checking) | | None | K | T | | | | | |
| 2. EMIGRANT SAVINGS BANK (Savings) | A | Interest | K | T | | | | | |
| 3. UBS PAIINE WEBBER RET. MONEY FUND (now DEPOSIT ACCT)) | A | Interest | K | T | | | | | |
| 4. LORD ABBETT INCOME FUND CLASS C (FUND) | A | Interest | | | Sold | 09/20/10 | J | A | |
| 5. LORD ABBETT GROWTH OPPORTUNITIES (FUND) | | None | | | Sold | 09/20/10 | J | A | |
| 6. ALTRIA (Common) | | None | J | T | | | | | |
| 7. IBM (Common) | A | Dividend | J | T | Sold | 02/11/10 | J | A | |
| 8. BIOSONICS (Common) | | None | J | T | | | | | |
| 9. MCI WORLD (Common) | | None | J | T | | | | | |
| 10. SONORAN (Common) | | None | J | T | | | J | A | |
| 11. MERCK (Common) (Stock Invest. Plan) | A | Dividend | J | T | Sold | 02/11/10 | J | A | |
| 12. CISCO SYSTEMS (Common) | | None | J | T | | | | | |
| 13. AVAYA (Common) | | None | J | T | | | | | |
| 14. ASTROPOWER (Common) | | None | J | T | | | | | |
| 15. MONSANTO (Common) | A | Dividend | J | T | | | | | |
| 16. EASTMAN KODAK (Common) (Stock Inv. Plan) | | None | J | T | Sold | 10/11/10 | J | A | |
| 17. H.J. HEINZ (Common) (Stock Inv. Plan) | | None | J | T | Sold | 10/11/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M. | 08/02/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FEDEX (Common) (Stock Invest. Plan) | A | Dividend | J | T | Sold | 10/11/10 | J | A | |
| 19. EXXON MOBIL (Common) | A | Dividend | J | T | | | | | |
| 20. HONDA MOTORS (Common) | A | Dividend | J | T | | | | | |
| 21. GOOGLE (Common) | | None | K | T | | | | | |
| 22. ALCATEL-LUCENT (ADR) | | None | J | T | | | | | |
| 23. WILLIAM BLAIR INT'L GROWTH FUND (FUND) | A | Dividend | J | T | Sold | 09/20/10 | J | A | |
| 24. DAVIS NY VENTURE FUND (FUND) | A | Dividend | J | T | Sold | 09/20/10 | J | A | |
| 25. T. ROWE PRICE VALUE FUND (FUND) | A | Dividend | J | T | Sold | 09/20/10 | J | A | |
| 26. JANUS ADVISOR FORTY FUND (FUND) | A | Dividend | J | T | | | | | |
| 27. GAMCO GROWTH FUND (FUND) | A | None | J | T | Sold | 09/20/20 | J | A | |
| 28. DWS CORE PLUS INCOME FUND (FUND) | A | Dividend | J | T | Sold | 9/20/10 | J | A | |
| 29. PIMCO HIGH YIELD FUND (FUND) | A | Dividend | J | T | Sold | 9/20/10 | J | A | |
| 30. AMERICAN CENTURY INT'L (BOND) | A | Dividend | J | T | Sold | 9/20/10 | J | A | |
| 31. ROYCE TOTAL RETURN FUND (FUND) | A | Dividend | J | T | Sold | 9/20/10 | J | A | |
| 32. CITIBANK DEPOSIT PROGRAM | A | Interest | J | T | Sold | 9/20/10 | J | A | |
| 33. SB MONEY FUNDS CASH PORT. (FUND) | A | Dividend | J | T | Sold | 9/20/10 | J | A | |
| 34. DUPONT 4.50 PFD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M. | 08/02/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FIRST ENERGY (Common) | A | Dividend | J | T | | | | | |
| 36. KRAFT (Common) | A | Dividend | J | T | | | | | |
| 37. LSI LOGIC (Common) | | None | J | T | | | | | |
| 38. DREYFUS PREMIER EMERGING MARKETS (Fund) | A | Dividend | J | T | Sold | 09/20/10 | J | A | |
| 39. PIMCO TOTAL RETURN FUND (FUND) | A | Dividend | J | T | Sold | 09/20/10 | J | A | |
| 40. PHILIP MORRIS (Common) | A | Dividend | J | T | | | | | |
| 41. ALLIANZ 8.375% (BOND) | A | Dividend | K | T | | | | | |
| 42. HARDING LOEVNER EMERGING MARKETS (FUND) | A | Dividend | J | T | Sold | 09/20/10 | J | A | |
| 43. LORD ABBETT DEVELOPING GROWTH (FUND) | A | Dividend | J | T | Sold | 09/20/10 | J | A | |
| 44. LORD ABBETT AFFILIATED (FUND) | A | Dividend | J | T | Sold | 09/20/10 | J | A | |
| 45. CITIGROUP 8.50% (PFD) | A | Interest | K | T | Sold | 09/20/10 | K | | |
| 46. FIRST BANK PUERTO RICO (CD) | A | Interest | K | T | Sold | 09/20/10 | K | A | |
| 47. CAPMARK BANK (CD) | A | Interest | K | T | Sold | 09/20/10 | K | A | |
| 48. CITIGROUP, INC. | A | Interest | K | T | Sold | 07/30/09 | K | A | |
| 49. ALABAMA POWER (BOND) | A | Interest | K | T | Sold | 08/09/10 | K | A | |
| 50. ENTERGY TEXAS (BOND) | A | Interest | K | T | Sold | 08/9/10 | K | A | |
| 51. STERLING SAV. BK. (CD) | A | Interest | K | T | Sold | 08/9/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M. | 08/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NORTHSHORE COMNTY. BK. (CD) | A | Interest | K | T | Sold | 08/9/10 | | | |
| 53. AM. ELEC. POWER (BOND) | A | Interest | K | T | Sold | 08/09/10 | | | |
| 54. AM. EXP. FSB (CD) | A | Interest | J | T | Sold | 8/9/10 | J | A | |
| 55. UBS PACE GOVT. FIXED INC. (FUND) | A | Interest | J | T | | | | | |
| 56. UBS PACE INTER. FIXED INC. (FUND) | A | Interest | J | T | | | | | |
| 57. UBS PACE STRATEGIC FIXED INC. (FUND) | A | Interest | J | T | | | | | |
| 58. UBS PACE SMALL/MED VALUE (FUND) | | None | J | T | | | | | |
| 59. UBS PACE MONEY MARKET (FUND) | A | Interest | J | T | | | | | |
| 60. UBS PACE HIGH YIELD (FUND) | A | Interest | J | T | | | | | |
| 61. UBS PACE INT'L EQUITY (FUND) | | None | J | T | | | | | |
| 62. UBS PACE MUNI. FIXED INC. (FUND) | A | Interest | J | T | | | | | |
| 63. GROWTH FUND OF AMERICA (FUND) | | None | J | T | Sold | 09/20/10 | J | A | |
| 64. IBM (Common) | A | Interest | J | T | Sold | 2/1/10 | J | A | |
| 65. PACE STRATEGIC FIXED INC. (FUND) | A | Interest | J | T | Buy | 09/20/10 | | | |
| 66. UBS SMALL/MED CO. GROWTH EQUITY FUND | | None | J | | Buy | 09/20/10 | | | |
| 67. UBS LARGE CO. VALUE EQUITY FUND | | None | J | | Buy | 09/20/10 | | | |
| 68. UBS INT'L EMERG. MARKETS EQUITY FUND | | None | J | | Buy | 09/20/10 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M. | 08/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   UBS GLOBAL FIXED INCOME FUND | | None | J | | Buy | 09/20/10 | | | |
| 70.   DOM. RES. INC. VA. BOND | | None | K | | Buy | 08/12/10 | | | |
| 71.   UBS BANK USA DEPOSIT ACCOUNT | A | Interest | K | | Buy | 09/20/10 | | | |
| 72.   PACE INTL EMERGING MARKETS | A | Dividend | J | T | Buy | 08/31/10 | | | |
| 73.   PACE LARGE CO. VALUE (FUND) | A | Dividend | J | T | Buy | 08/31/10 | | | |
| 74.   PACE LARGE GO. GROWTH (FUND) | A | Dividend | J | T | Buy | 08/31/10 | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The estate listed in I.1 has no assets.

| Name of Person Reporting | Date of Report |
|---|---|
| McKENNA, LAWRENCE M. | 08/02/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544